# In The United States District Court
# For the Northern District of New York

**UNITED STATES OF AMERICA,**

        vs.

Criminal Number:
3:12-CR-291-001 (TJM)

**DAVID MONELL,**
        Defendant.

## CERTIFICATE OF ELECTRONIC SERVICE

      The undersigned hereby certifies that he is the attorney of record for the above-referenced defendant and on November 27, 2012, he electronically filed copies of the Defendant's First Sentencing Memorandum with the Clerk of the United States District Court for the Northern District of New York using the CM/ECF System which sent notification of such filing, constituting due service of same, to and upon the following:

Office of United States Attorney
15 Henry Street
Binghamton, New York

United States Probation Office
United States Federal Building
South Clinton Street
Syracuse, New York

Dated: November 27, 2012

*Robert G. Wells*
ROBERT G. WELLS
BAR ROLL NUMBER 505778
Attorney for Defendant
120 East Washington Street
Syracuse, New York 13202
Telephone: (315) 472-4489

1